UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00125

**Anthony Endsley,**
*Petitioner,*

v.

**Director, TDCJ-CID et al.,**
*Respondents.*

# ORDER

Petitioner Anthony Endsley, proceeding pro se, filed this habeas corpus petition challenging the legality of his confinement. Doc. 1. The case was referred to a magistrate judge. Doc. 2.

The magistrate judge issued a report recommending that the petition be dismissed without prejudice for failure to exhaust state remedies. Doc. 8. Petitioner received a copy of this report on August 23, 2024. Doc. 11. He did not file objections, and the time for doing so has passed.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record, and being satisfied that it contains no clear error, the court accepts the report's findings and recommendations. Plaintiff's claims are dismissed without prejudice for failure to exhaust state remedies. Any pending motions are denied as moot.

*So ordered by the court on September 25, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -